## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,

Plaintiffs,

v.

GATES OJEDA'S, INC., an Illinois Corp.,

Defendant.

Case Number:

FILED: APRIL 03, 2008
08 CV 1912 RCC
JUDGE LEFKOW
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND

| Field | Value |
|---|---|
| NAME (Type or print) | ROBERT B. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Robert B. Greenberg |
| FIRM | ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS | 200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 01047558 |
| TELEPHONE NUMBER | 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |