
AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,<br>Plaintiffs,<br>v.<br>GATES OJEDA'S, INC., an Illinois Corp.,<br>Defendant. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 08 CV 1912<br>JUDGE LEFKOW<br>JUDGE: MAGISTRATE JUDGE COLE |

TO: (Name and Address of Defendant)

> GATES OJEDA'S, INC., an Illinois Corp.
> c/o: TERESA M. BURKE, Registered Agent
> 4010 South California Avenue
> Chicago, IL 60632

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> ROBERT B. GREENBERG, ESQ.
> ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
> 200 West Jackson Boulevard
> Suite 1900
> Chicago, Illinois 60606
> (312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_[signature]_
-----------------------------
(By) DEPUTY CLERK

April 3, 2008
-----------------------------
Date

BY DEPUTY CLERK

| | | |
|---|---|---|
| **ClientCaseID:** R. GREENBERG<br>**Law Firm ID:** ASHER | <br>*182218A* | **CaseReturnDate:** 5/8/08<br>Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **08CV1912**

I, JOANNE STOKLASA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   GATES OJEDA'S, INC.
PERSON SERVED   TERESA BURKE, REGISTERED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 4/12/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT   are as follow:

Sex FEMALE   Race WHITE   Age 43
Height 5'7"   Build MEDIUM   Hair BROWN

LOCATION OF SERVICE   4010 S CALIFORNIA AVE
CHICAGO, IL, 60632

Date Of Service   4/12/08      Time of Service   9:15 AM

JOANNE STOKLASA   4/14/2008
**SPECIAL PROCESS SERVER**
P.E.R.C. #129-163798

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.