Order Form (01/2005)

# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1912 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Masonry Institute, Funds vs. Gates Ojeda's, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for default judgment [8] is granted. Enter Judgment Order. Judgment entered in favor of plaintiffs and against defendant in the amount of 442,058.08. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|