# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1912 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Masonry Institute, Funds vs. Gates Ojeda's, Inc. | | |

**DOCKET ENTRY TEXT**

Minute order of 6/3/2008 is amended to correct a clerical error. Minute order of 6/3/2008 [10] is amended to read as follows: Motion hearing held. Plaintiff's motion for default judgment [8] is granted. Enter Judgment Order. Judgment entered in favor of plaintiffs and against defendant in the amount of $42,058.08. Civil Case Terminated.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|