UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 0 2008
Jul 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MASONRY INSTITUTE, et al., )
           Plaintiffs )
-vs- )
GATES OJEDA'S, INC., an Ill. Corporation, )
           Defendant )
and )
TCF NATIONAL BANK, )
           Garnishee-Defendant )

Case No. 08C 1912
Judge Lefkow

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

    ROBERT B. GREENBERG on oath states:

1. Judgment was entered on June 3, 2008, for judgment creditor(s) MASONRY INSTITUTE, et al., and against judgment debtor(s) GATES OJEDA'S INC., an Illinois Corporation, for $ 42,058.08 and costs.

2. $ 42,058.08 has been paid on judgment.

3. There is unpaid on the judgment:
   $ 42,058.08  principal
   $_____ costs
   $_____ interest
   $ 42,058.08  TOTAL

4. I believe Garnishee TCF NATIONAL BANK, is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: 7-10, 2008.

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, et al., ) | |
| Plaintiffs ) | |
| -vs- ) | |
| GATES OJEDA'S, INC., an Ill. Corporation, ) | |
| Defendant ) | Case No. 08C 1912 |
| and ) | Judge Lefkow |
| TCF NATIONAL BANK, ) | |
| Garnishee-Defendant ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

   **ANSWER:** _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   **ANSWER:** _____
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $_____
   Date Due: _____

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

_____
For Garnishee Defendant