## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1912                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☑ Citation to Discover Assets          ☐ Other

☐ Writ _____            _____
      (Type of Writ)                   _____
                                       (Type of issuance)

1  Original and  1  copies on  7-18-08  as to  JOSE OJEDA   ( NO NOTICE
                              (Date)
FILED) _____

_____