UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, et al., ) | |
|           Plaintiffs ) | |
| -vs- ) | |
| GATES OJEDA'S, INC., an Ill. Corporation, ) | |
|           Defendant ) | Case No. 08C 1912 |
|       and ) | Judge Lefkow |
| TCF NATIONAL BANK, ) | |
|           Garnishee-Defendant ) | PLEASE SERVE: |
| | TCF National Bank |
| | 8300 West Belmont Avenue |
| | Chicago, IL 60634 |

### GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:        **TCF NATIONAL BANK.**

    YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before ** AUGUST 14, 2008. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

    This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

                                      MICHAEL W. DOBBINS
                                      Clerk of the Court

JUL 1 0 2008
Date: _____

                                      Deputy Clerk

(Seal of Court)

**NOTE:**        This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7-15-2008 |
| NAME OF SERVER (PRINT) Sandra Greenberg | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Bank officer TCF Bank at Jewel Foods at Buffalo Grove, IL 60089

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-15-2008
                Date

Signature of Server: Sandra Greenberg

Address of Server: 544 Rivershire Place Lincolnshire, IL 60069

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.