THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 08 C 1912 |
| GATES OJEDA'S, INC., an Illinois Corporation, | )<br>) Judge Lefkow<br>)<br>) Mag. Judge Cole |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   JOSE OJEDA, PRESIDENT
      Gates Ojeda's, Inc.
      13758 South Portage Court
      Plainfield, IL 60544

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Lefkow, at Room 1925, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 25th of September 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

      ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

**JOSE OJEDA, PRESIDENT**
**Gates Ojeda's, Inc.**
**13758 South Portage Court**
**Plainfield, IL 60544**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 5TH day of September, 2008.

      Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558